UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BYRON ADONIS TRIGUEROS
MORALES,

       Petitioner,

    v.                               Case No.:  2:26-cv-01970-SPC-KRH

FLORIDA SOFT SIDE SOUTH,

       Respondent,

                                         /

## OPINION AND ORDER

Before the Court is Byron Adonis Trigueros Morales's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). Trigueros Morales requests release from immigration detention, but he does not state why his detention is unlawful or provide enough detail for the Court to determine whether the government has violated his rights.  The petition does not include potentially important facts, like when and how he entered the country, his current immigration status, the results of any custody determinations or bond hearings, and any past and present efforts to remove him from the country. Conclusory allegations are not enough to warrant habeas relief.  *See Chavez v. Sec'y, Fla. Dep't of Corr.*, 647 F.3d 1057, 1061 (11th Cir. 2011).

Also, the petition is unsigned.  Instead, on the signature line, someone wrote "Next Friend."  "Application for a writ of habeas corpus shall be in

writing *signed and verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242. The latter part of that provision codifies the common law tradition of permitting a "next friend" to litigate on behalf of a detained person who is unable to seek relief himself, "usually because of mental incompetence or inaccessibility." *Whitmore v. Arkansas*, 495 U.S. 149, 162 (1990). But "'next friend' standing is by no means granted automatically to whomever seeks to pursue an action on behalf of another." *Id*. 1t 163. The "next friend" must adequately explain why the detainee cannot appear on his own behalf to prosecute the action, and he must be truly dedicated to the best interests of the detainee. *Id*. "The burden is on the 'next friend' clearly to establish the propriety of his status and thereby justify the jurisdiction of the court." *Id*. at 164.

The Court finds that Trigueros Morales is not entitled to habeas relief on any ground in his petition. Accordingly, the petition (Doc. 1) is **DISMISSED without prejudice**. Trigueros Morales may file an amended petition within **21 days** of this order. Otherwise, the Court will enter judgment and close this case without further notice. If someone other than Trigueros Morales seeks to sign an amended petition on his behalf, that person must justify "next friend" status. The Clerk is **DIRECTED** to send a copy of this Order to Byron Trigueros at 25445 SW 129th Place, Princeton, Florida 33032.

**DONE AND ORDERED** in Fort Myers, Florida on June 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record